**FILED**
JUN 2 8 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DANIEL DURLAND, <br> aka Stomper <br> Defendant. | Magistrate Case No. **'16MJ1852** <br><br> <u>COMPLAINT FOR VIOLATION</u> <br><br> Title 18, U.S.C. § 922(g)(1) – <br><br> Possession of firearm by a felon (Felony) |

The undersigned Complainant, being duly sworn, states:

On or about June 17, 2016, within the Southern District of California, Daniel DURLAND, a person having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: a Glock semi-automatic .40 caliber pistol, bearing serial number RKX311; in violation of 18, United States Code, Section 922 (g) (1).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
R. Jimenez
Special Agent, ATF

Sworn to me and subscribed in my presence this 28 day of June 2016.

_____
HONORABLE BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

1

## PROBABLE CAUSE STATEMENT

On June 17, 2016, National City Police Department ("NCPD") Officer Kalankiewicz was in full police uniform driving a marked police vehicle in the vicinity of the 500 block of National City Boulevard. He was driving behind a black Mercedes Benz.

The black Mercedes made a series of abrupt turns and then parked in to the parking lot of the National City Motel, located at 510 National City Boulevard. Officer Kalankiewicz entered the parking lot and parked near the clerk's office, with no lights or sirens activated. He made sure that his patrol vehicle was not blocking the path of the black Mercedes.

Officer Kalankiewicz noticed that the black Mercedes was occupied by three people. He exited his patrol vehicle and approached with the intent to initiate a consensual contact. As he approached, the driver of the vehicle, later identified as Daniel DURLAND, opened the driver's side door. As DURLAND opened the door, Officer Kalankiewicz said "What's up man? Can I talk to you for a second?" DURLAND looked at Officer Kalankiewicz but did not respond.

Officer Kalankiewicz used his flashlight to illuminate DURLAND. In plain view, he saw a white-coated glass pipe used to ingest methamphetmaine in the driver's side map book pocket. At that point, Officer Kalankiewicz believed that he had probable cause to arrest DURLAND for a violation of California Health and Safety Code Section 11364.

Three other members of the NCPD arrived to assist. All three occupants were removed from the vehicle. DURLAND was placed under arrest. Incident to his arrest, officers found $159 dollars and suspected methamphetamine in his pants pockets. The passengers were identified as Christina Tovar and Fernando Quirino. Tovar and Quirino both told officers that they barely knew DURLAND and that he had picked them up.

2

The officers then searched the black Mercedes. In the lower compartment of the center console, they located a black semi-automatic pistol. During the course of the investigation, officers asked DURLAND who the car belonged to. In response, he said "Sorina Andrade." A records check confirmed that Sorina Andrade was the actual owner.

Record checks on DURLAND revealed that he was a documented Paradise Hills gang member with the moniker Stomper. It also revealed the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | SENTENCE |
|---|---|---|---|
| 01/25/2000 | CASC – San Diego | VC - 10851 – Taking Vehicle w/o Owner's Consent (F) | 270 days '00 Prob Revoc. - 16 mos prison |
| 5/25/2000 | CASC – San Diego | HS - 11377 – Poss Cntl Sub (F) | 16 mos prison |
| 10/16/2001 | CASC – San Diego | VC - 10851 – Taking Vehicle w/o Owner's Consent (F) | 3 years prison |
| 9/2/2005 | CASC – San Diego | PC – Resisting Exec Officer (F) PC 1192.7 – W/ GBI VC 2800.2 – Evading (Felony) | 4 years prison |
| 12/8/2009 | CASC – San Diego 08-CR-4407-H | 18 U.S.C. 922(g) – Felon in Possession of Firearm (Felony) | 86 months prison 3 years S/R |

The firearm was seized and inspected. It was determined to be a black Glock semi-automatic .40 caliber pistol, bearing serial number RKX311. The Glock had been reported stolen from a residential burglary in San Diego. When it was seized by the NCPD it had 9 live rounds of ammunition loaded in the magazine. Preliminary checks also revealed that the Glock was most likely not manufactured in California.