1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. JILL L. BURKHARDT)**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL DURLAND,

Defendant.

Case No.:  16-mj-1852-JLB

**ORDER  TO PRESERVE**
**EVIDENCE**

This court having considered the within matter and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff preserve all physical, electronic or documentary evidence in the possession, custody, or control of Plaintiff and which relate to the arrest or the events immediately leading to the arrest of defendant by the National City police on June 17, 2016, at or about 4:00 a.m., at 510 National City Blvd. including (if in Plaintiff's possession, custody or control) any video or still images captured from any body camera(s), phone camera(s) or police vehicle camera employed by the arresting officer(s) on June 17, 2016 and any radio transmission dispatch tapes and un-redacted copies of any investigative reports, logs, journals or directive reports in this case.  Such evidence shall be preserved until a ruling on a motion for discovery before the District Judge or other order of the court.

**SO ORDERED**.

Dated:  July 20, 2016

Hon. Jill L. Burkhardt
United States Magistrate Judge